United States District Court
Southern District of Texas
**ENTERED**
March 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JOHN DAVIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:17-CV-55 |
| § | |
| MARTI R. HERNANDEZ, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Order* of even date, and the *Memorandum and Recommendation* entered on November 21, 2017, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 19th day of March, 2018.

Kenneth M. Hoyt
United States District Judge